Mod AO 442 (09/13) Arrest Warrant   AUSA Name & Telno: Rushmi Bhaskaran, Tel: 212-637-2439

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America
v.

Stuart Finkelstein

Case No. **19 MAG 10645**

19-6549-Hunt

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stuart Finkelstein,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. §§ 1341, 1028A, 1512(c), 1623, and 2

Date:   11/12/2019

City and state:   New York, NY

*Issuing officer's signature*

Hon. Katharine H. Parker, USMJ
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |