# COURT MINUTES/ORDER
## United States Magistrate Judge Patrick M. Hunt

Date: 11/19/19    Time: 11:00 am

Defendant: Stuart Finkelstein    J#: ___    Case #: 19-6549-Hunt
AUSA: Jodi Anton - Duty    Attorney: Brian Griffin, Esq (Temp)
Violation: Mail Fraud (Removal from the Southern District of New York)
Proceeding: Initial Appearance    CJA Appt: ___
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: ___
Bond Set at: $150,000-PSB Cosigned by 2 family members    Co-signed by: ___

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL, SDNY, EDNY, NJ and State of Tenn
- [x] Other: Appear to all hearings and commit no new crimes

Language: ___

Disposition:
All parties present.
The court signed Order to Unseal.
Deft advised of his rights and charges.

Drain Griffin appeared by phone.

Deft signed Waiver of Removal, Order of Removal signed by the court and Commitment To Another District.

See bond for special conditions.

**NEXT COURT APPEARANCE**    Date: ___    Time: ___    Judge: ___    Place: ___
Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

Check if Applicable: ☐    The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:20: 45    Time in Court: 30 Mins